1  JERRY S. BUSBY
   Nevada Bar #001107
2  POOJA KUMAAR
   Nevada Bar #012988
3  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
4  Las Vegas, Nevada 89102
   (702) 366-1125
5  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
6  pkumar@cooperlevenson.com

7  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LEAH VYESHA CLARK, individually | Case No. 2:24-cv-01696-GMN-DJA |
| Plaintiff, | |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY 1-V; ROE PROPERTY MANAGEMENT COMPANY IV; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS all Parties and their counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Gina Corena, Esq. and Mahna Pourshaban, Esq. of the law firm GINA CORENA & ASSOCIATES as counsel of record for Plaintiff LEAH VYESHA CLARK as follows:

1.  That the claims herein of Plaintiff LEAH VYESHA CLARK against Defendant

NG-C2N3CBX6 4877-3496-9571.1

SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

    2.    That there is no trial date set for this case yet inasmuch this case is still in the discovery phase.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this __ day of March, 2025.<br>**GINA CORENA & ASSOCIATES**<br><br>/s/ *[signature]*<br>_____<br>GINA M. CORENA, ESQ.<br>Nevada Bar No. 10330<br>MAHNA POURSHABAN<br>Nevada Bar No. 13743<br>300 South 4th Street, Suite 1400<br>Las Vegas, Nevada 89101<br>(702) 331-2595<br>Attorneys for Plaintiff<br>Leah Vyesha Clark | DATED this __ day of March, 2025.<br>**COOPER LEVENSON, P.A.**<br><br>/s/ Pooja Kumar<br>_____<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>Smith's Food & Drug Centers, Inc. |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March __17__, 2025.

NG-C2N3CBX6 4877-3496-9571.1